

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 25, 2021

**BY EMAIL**
The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. Cesar Leonel Colindres-Morales*, 21 Mj. 3136

Dear Judge McCarthy,

    The Government respectfully requests that the currently sealed complaint in the above referenced case be unsealed.

                                     Very truly yours,

                                       AUDREY STRAUSS
                                     United States Attorney

                  by: _____
                        Benjamin A. Gianforti
                        Assistant United States Attorney
                        (914) 993-1919

SO ORDERED:

_____ 3-25-21
JUDITH C. McCARTHY
United States Magistrate Judge