UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,   **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-   21-CR- 03136(UA)

Cesar Leonel Colindres-Morales
                              Defendant(s).
------------------------------------------------------------------X

Defendant **Cesar Leonel Colindres-Morales** hereby voluntarily consents to participate in the following proceeding via _X__ videoconferencing or _X__ teleconferencing:

__X_   Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


Cesar Leonel Colindres-Morales by *Susanne Brody*        *Susanne Brody*
Defendant's Signature                                     Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Cesar Leonel Colindres-Morales                            Susanne Brody
Print Defendant's Name                                    Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

___March 25, 2021                           _____*Judith C. McCarthy*_____
Date                                        U.S. District Judge/U.S. Magistrate Judge